*Abraham Marcus* for appellant.

*Theodore Kiendl* and *S. Hazard Gillespie, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.

WILLIAM H. PURVIN, on Behalf of Himself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, Appellant, *v.* HAROLD N. GREY et al., Respondents.

Argued April 10, 1944; decided May 18, 1944.

*Meyer Kraushaar* for appellant.
*Edward E. Hoenig* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.